IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Civil No. 1:23CV559 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| $909,708.64 IN U.S. CURRENCY, | : | |
| SEIZED FROM A SUBLEDGER AT | : | |
| CITIBANK, N.A. PREVIOUSLY HELD | : | |
| IN ACCOUNT ENDING IN 7108, IN THE | : | |
| NAME OF NTGH 2A AUTO TRADE, | : | |
| INC, LLC, | : | |
| | : | |
| and | : | |
| | : | |
| $69,003.39 IN U.S. CURRENCY, | : | |
| SEIZED FROM A SUSPENSE ACCOUNT | : | |
| AT JP MORGAN CHASE BANK, N.A., | : | |
| PREVIOUSLY HELD IN ACCOUNT | : | |
| ENDING IN 0913, IN THE NAME OF | : | |
| SIGLO EXPORT IMPORT 22 CORP, | : | |
| | : | |
| Defendants. | : | |

## **VERIFIED COMPLAINT OF FORFEITURE**

NOW COMES Plaintiff, the United States of America, by and through Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, and respectfully states as follows:

1. This is a civil action *in rem* brought to enforce the provisions of 18 U.S.C. § 981(a)(1)(A) and (C) for the forfeiture of the aforesaid defendant properties which were involved in transactions or attempted transactions in violation of 18 U.S.C. § 1956, or are

properties traceable to such properties, and which constitute or are derived from proceeds traceable to an offense constituting "specified unlawful activity" (as defined by 18 U.S.C. § 1956(c)(7)), or a conspiracy to commit such offense, namely wire fraud in violation of 18 U.S.C. § 1343.

2. The first defendant property is $909,708.64 in U.S. Currency, seized on March 17, 2023 from a subledger at Citibank, N.A., previously held in account ending in 7108, in the name of NTGH 2A Auto Trade, INC, LLC. The defendant property was seized while located within the jurisdiction of this Court and is currently in the custody of the United States Secret Service.

3. The second defendant property is $69,003.39 in U.S. Currency, seized on March 17, 2023 from a suspense account at JP Morgan Chase Bank, N.A., previously held in account ending in 0913, in the name of SIGLO Export Import 22 Corp. The defendant property was seized while located within the jurisdiction of this Court and is currently in the custody of the United States Secret Service.

4. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the defendant properties. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

5. Venue is proper in this district pursuant to 28 U.S.C. §§ 1355(b)(1) and 1395, because the defendant properties were seized while located in the jurisdiction of this Court, or one or more of the acts giving rise to forfeiture occurred in this district.

6. Upon the filing of this complaint, Plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which Plaintiff will execute upon the properties pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

7. The facts and circumstances supporting the seizure and forfeiture of the defendant properties are contained in Exhibit A, attached hereto and wholly incorporated herein by reference.

WHEREFORE, the United States of America prays that process of a Warrant for Arrest and Notice *In Rem* be issued for the arrest of the defendant properties; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendant properties be forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

This the 7th day of July, 2023.

                Respectfully submitted,

                SANDRA J. HAIRSTON
                United States Attorney

                /s/ Nathan L. Strup
                Nathan L. Strup, Mo. Bar No. 60287
                Assistant U.S. Attorney
                Middle District of North Carolina
                101 S. Edgeworth Street, 4th Floor
                Greensboro, NC 27401
                (336) 333-5351/nathan.strup@usdoj.gov

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury under the laws of the United States of America, that the contents of the foregoing Complaint are true and correct to the best of my knowledge, information and belief.

CHRISTOPHER J D'AMICO
Digitally signed by CHRISTOPHER J D'AMICO
Date: 2023.07.07 10:49:00 -04'00'

Christopher D'Amico
Special Agent
United States Secret Service