```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

UNITED STATES OF AMERICA,        )
                                 )
                Plaintiff,        )
                                 )
        v.                       )           1:23CV559
                                 )
$909,708.64 IN U.S. CURRENCY,    )
SEIZED FROM A SUBLEDGER AT       )
CITIBANK, N.A. PREVIOUSLY HELD   )
IN ACCOUNT ENDING IN 7108, IN    )
THE NAME OF NTGH 2A AUTO TRADE,  )
INC., LLC,                       )
                                 )
and                              )
                                 )
$69,003.39 IN U.S. CURRENCY,     )
SEIZED FROM A SUSPENSE ACCOUNT   )
AT JP MORGAN CHASE BANK, N.A.,   )
PREVIOUSLY HELD IN ACCOUNT       )
ENDING IN 0913, IN THE NAME OF   )
SIGLO EXPORT IMPORT 22 CORP,     )
                                 )
                Defendants.       )

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on April 16, 2024, was served on the parties in this action. No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Claimant's "Motion Opposing Plaintiff's Motion for Entry of Default" (Doc. 18) is GRANTED to

the extent that the motion relates to Claimant Adam Hassimiou.

IT IS FURTHER ORDERED that Claimant NTGH 2A Auto Trade, Inc.'s "Motion to Set Aside Entry of Default" (Doc. 21) is GRANTED.


                                    /s/   Thomas D. Schroeder
                                    United States District Judge

June 4, 2024